# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| BRENDA WILLIAMS, )<br>for and on behalf of herself and )<br>other persons similarly situated, )<br>)<br>Plaintiff, )<br>)<br>RES-CARE, INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION FILE<br>NO. 4-12-cv-220 (CDL) |

## JOINT MOTION TO APPROVE SETTLEMENT

COME NOW Plaintiff and Defendant and file this Motion to Approve Settlement as follows:

This is a case filed under the Fair Labor Standards Act, 29 U.S.C. §§ 201-216 ("FLSA"). The parties have agreed to resolve this matter and seek judicial approval of the settlement.

The general settlement terms of which the parties seek this Court's approval are as follows:

1. Defendant will pay to Plaintiff the gross amount of $20,000.00 (Twenty Thousand Dollars), less applicable withholdings (hereinafter referred to as "the Consideration"), allocated as follows:

10717030v.1

  a. $3,000.00 (Three Thousand Dollars) for alleged wages (less applicable withholdings) by check;

  b. The sum of $17,000.00 (Seventeen Thousand Dollars) for the alleged liquidated damages and for alleged attorney's fees, to be distributed as:

    i. $3,000.00 (Three Thousand Dollars) for alleged liquidated damages to Williams; and

    ii. $14,000.00 (Fourteen Thousand Dollars) for alleged attorney's fees.

2. In exchange for the Consideration, Plaintiff will dismiss the instant action with prejudice.

3. The Consideration will be paid as described above no later than ten (10) days following approval of this Agreement by the Court.

4. This settlement does not constitute an admission of liability by either party of any wrongdoing; and nothing in this Agreement shall be construed to be or shall be admissible in any proceeding as evidence of liability or wrongdoing by either party.

5. The Settlement Agreement and all terms contained therein are contingent on approval by the Court of the settlement.

The parties thus respectfully request that this Court approve the instant settlement between the parties in all its particulars.

A proposed Order is attached.

This 18th day of February, 2013.

| | |
|---|---|
| HILL, KERTSCHER & WHARTON, LLP | HAWKINS PARNELL THACKSTON & YOUNG, LLP |
| */s/ Blake H. Frye* | */s/ Ronald G. Polly, Jr.* |
| Douglas R. Kertscher<br>Georgia Bar No.: 416265<br>Blake H. Frye<br>Georgia Bar No.: 278801 | Ronald G. Polly, Jr.<br>Georgia Bar No.: 583264<br>rpolly@hptylaw.com<br>Matthew A. Boyd<br>Georgia Bar No.: 027645<br>mboyd@hptylaw.com |
| 3350 Riverwood Parkway<br>Suite 800<br>Atlanta, Georgia 30339<br>t: 770-953-0995<br>f: 770-953-1358 | 4000 SunTrust Plaza<br>303 Peachtree Street, NE<br>Atlanta, GA 30308-3243<br>t. (404) 614-7400<br>f. (404) 614-7500 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| BRENDA WILLIAMS, ) | |
| for and on behalf of herself and ) | CIVIL ACTION |
| other persons similarly situated, ) | FILE NO. 4-12-cv-220 (CDL) |
| ) | |
| Plaintiff, ) | |
| ) | |
| RES-CARE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **CERTIFICATE OF SERVICE**

This is to hereby certify that I have this day electronically filed **JOINT MOTION TO APPROVE SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

Douglas R. Kertscher
Blake H. Frye
HILL, KERTSCHER & WHARTON, LLP
3350 Riverwood Parkway – Suite 800
Atlanta, Georgia 30339

This 18th day of February, 2013.

*/s/ Ronald G. Polly, Jr.*
Ronald G. Polly, Jr.
Georgia Bar No.: 583264
rpolly@hptylaw.com

10717030v.1